**Harry J. McNEAL, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 74159.

Missouri Court of Appeals, Western District.

Oct. 2, 2012.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

---

1. All further statutory references are to RSMo 2000, unless otherwise indicated.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, and KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

#### Order

PER CURIAM:

Harry McNeal appeals the denial, after an evidentiary hearing, of his Rule 29.15[1] motion for post-conviction relief. McNeal argues that counsel provided ineffective assistance by failing to file a motion to dismiss his case on the theory that the seventeen-year delay between the crime and his indictment resulted in a violation of his right to due process pursuant to the Fifth Amendment. We affirm. Rule 84.16(b).

1. Rule citations are to the Missouri Supreme